UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN LAWN,<br><br>    Plaintiff,<br><br>  v.<br><br>HOLLAND AMERICA LINE N.V., et al.,<br><br>    Defendants. | CASE NO. C19-2089JLR<br><br>MINUTE ORDER CONSOLIDATING CASES |
| JOHN LAWN,<br><br>    Plaintiff,<br><br>  v.<br><br>TROPICAL TOURS BAJA CABO, SA DE CV, et al.,<br><br>    Defendants. | CASE NO. C20-1708JLR |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

MINUTE ORDER - 1

1  The parties' stipulated motion to consolidate (Case No. C19-2089JLR (Dkt. # 12))

2 is GRANTED.  The above-captioned cases are hereby consolidated.  All future pleadings

3 filed in this matter shall bear the case number C19-2089JLR.  The Court directs the Clerk

4 to issue a new scheduling order for the consolidated actions with a trial date in March

5 2022.

6  Filed and entered this 26th day of February, 2021.

7

         WILLIAM M. MCCOOL
8         Clerk of Court

9         s/ Ashleigh Drecktrah
         Deputy Clerk

MINUTE ORDER - 2